1 | Ben F. Pierce Gore (Bar No. 128515)
2 | PRATT & ASSOCIATES
3 | 1901 S. Bascom Avenue, Suite 350
  | Campbell, CA  95008
4 | Telephone:  (408) 429-6506
  | Fax:  (408) 369-0752
5 | E-mail:  pgore@prattattorneys.com

6 | *Attorneys for Plaintiff*

7 | Stephen D. Raber (State Bar No. 121958)
8 | David M. Horniak (State Bar No. 268441)
  | WILLIAMS & CONNOLLY LLP
9 | 725 Twelfth Street, N.W.
  | Washington, DC  20005
10 | Telephone:  (202) 434-5000
11 | Fax:  (202) 434-5029
   | E-mail:  sraber@wc.com
12 | E-mail:  dhorniak@wc.com

13 | *Attorneys for Defendants,*
14 | WRIGLEY SALES COMPANY and
   | WM. WRIGLEY JR. COMPANY

15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WRIGLEY SALES COMPANY and WM. WRIGLEY JR. COMPANY,<br><br>Defendants. | **Case No. C12-01861 HRL**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS**<br><br>**CLASS ACTION** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS - C12-01861 HRL

1 | The parties agree to participate in the following ADR process:

2 |     **Court Processes:**
3 |         Non-binding Arbitration (ADR L.R. 4)
    **X**    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
4 |         Mediation (ADR L.R. 6)

5 | *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

8 |     **Private Process:**
9 |         Private ADR (*please identify process and provider*)_____

10 | _____

11 | The parties agree to hold the ADR session by:
12 |     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

14 |     **X**    other requested deadline <u>Thirty (30) days after the Court rules on Defendants' Motion to Dismiss Plaintiff's Complaint</u>

17 | Dated: June 19, 2012        By: <u>/s/ Ben F. Pierce Gore</u>

18 |         Ben F. Pierce Gore (Bar No. 128515)
        PRATT & ASSOCIATES
19 |         1901 S. Bascom Avenue, Suite 350
20 |         Campbell, CA  95008
        Telephone: (408) 429-6506
21 |         Fax: (408) 369-0752
22 |         E-mail: pgore@prattattorneys.com

23 |         *Attorneys for Plaintiff*

24 |         By: <u>/s/ Stephen D. Raber</u>

25 |         Stephen D. Raber (State Bar No. 121958)
        David M. Horniak (State Bar No. 268441)
26 |         WILLIAMS & CONNOLLY LLP
27 |         725 Twelfth Street, N.W.
        Washington, DC  20005
28 |         Telephone: (202) 434-5000

| | |
|---|---|
| 1 | Fax:  (202) 434-5029 |
| 2 | E-mail:  sraber@wc.com |
|  | E-mail:  dhorniak@wc.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | CONTINUE TO FOLLOWING PAGE |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - C12-01861 HRL

1  **[PROPOSED] ORDER**

3  ✓   The parties' stipulation is adopted and IT IS SO ORDERED.
4       The parties' stipulation is modified as follows, and IT IS SO
5  ORDERED.

18  Dated:  September 4, 2012

*Lucy H. Koh*
_____
19  UNITED STATES DISTRICT JUDGE