# Exhibit H

# EXHIBIT H
## "Misbranding" Cases Filed by Counsel for Plaintiff in this District

| | |
|---|---|
| 1 | *Wilson v. Frito-Lay North America, Inc. and PepsiCo, Inc.*, No. CV12-01586 (filed 3/29/2012) (Ware, J.) |
| 2 | *Jones v. ConAgra Foods, Inc.*, No. CV12-01633 (filed 4/2/2012) (Breyer, J.) |
| 3 | *Kosta v. Del Monte Corp.*, No. CV12-01722 (filed 4/5/2012) (Gonzalez Rogers, J.) |
| 4 | *Maxwell v. Unilever United States, Inc. and PepsiCo Inc.*, No. CV12-01736 (filed 4/6/2012) (Davila, J.) |
| 5 | *Avoy v. Sunsweet Growers, Inc.*, No. CV12-01769 (filed 4/9/2012) (Whyte, J.) |
| 6 | *Brazil v. Dole Food Co., Inc.*, and *Dole Packaged Food, LLC*, No. CV12-01831 (filed 4/11/2012) (Koh, J.) |
| 7 | *Ogden v. Bumble Bee Foods, LLC*, No. CV12-01828 (filed 4/12/2012) (Koh, J.) |
| 8 | *Khasin v. The Hershey Co.*, No. CV12-01862 (filed 4/13/2012) (Davila, J.) |
| 9 | *Samet v. Procter & Gamble Co., Kellogg Co., and Kellogg Sales Co.*, No. CV12-01891 (filed 4/16/2012) (Gonzalez Rogers, J.) |
| 10 | *Khasin v. R.C. Bigelow, Inc.*, No. CV12-02204 (filed 5/2/2012) (Ryu, J.) |
| 11 | *Trazo v. Nestle USA, Inc.*, No. CV12-02272 (filed 5/4/2012) (Grewal, J.) |
| 12 | *De Keczer v. Tetley USA, Inc.*, No. CV12-02409 (filed 5/11/2012) (Davila, J.) |
| 13 | *Bruton v. Gerber Prods. Co., and Nestle USA, Inc.*, No. CV12-02412 (filed 5/11/2012) (Koh, J.) |
| 14 | *Kane v. Chobani, Inc.*, No. CV12-02425 (filed 5/14/2012) (Koh, J.) |
| 15 | *Ivie v. Kraft Foods Global, Inc. and Cadbury Adams USA, LLC, and Back to Nature Foods Co.*, No. CV12-02554 (filed 5/17/2012) (Whyte, J.) |
| 16 | *Bishop v. 7-Eleven, Inc.*, No. CV12-02621 (filed 5/21/2012) (Davila, J.) |
| 17 | *Lanovaz v. Twinings North America, Inc.*, No. CV12-02646 (filed 5/23/2012) (Whyte, J.) |
| 18 | *Werdebaugh v. Blue Diamond Growers*, No. CV12-02724 (filed 5/29/2012) (Koh, J.) |
| 19 | *Thomas v. Costco Wholesale Corp.*, No. CV12-02908 (filed 6/5/2012) (Davila, J.) |
| 20 | *Clancy v. The Bromley Tea Co.*, No. CV12-03003 (filed 6/11/2012) (Grewal, J.) |
| 21 | *Smedt v. The Hain Celestial Group, Inc.*, No. CV12-03029 (filed 6/12/2012) (Davila, J.) |
| 22 | *Major v. Ocean Spray Cranberries, Inc.*, No. CV12-03067 (filed 6/14/2012) (Davila, J.) |