Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
E-mail:  pgore@prattattorneys.com

*Attorneys for Plaintiff*

Stephen D. Raber (State Bar No. 121958)
David M. Horniak (State Bar No. 268441)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
E-mail:  sraber@wc.com
E-mail:  dhorniak@wc.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WRIGLEY SALES COMPANY, WM. WRIGLEY JR. COMPANY, MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC.<br><br>Defendants. | **Case No. C12-01861 LHK**<br><br>**STIPULATED REQUEST AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>**CLASS ACTION** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties respectfully request that the Court set the following briefing schedule for: (1) the Motion to Dismiss the Amended Complaint filed on September 14, 2012 by Defendants Wrigley Sales Company and Wm. Wrigley Jr. Company, ECF Nos. 27-28; and (2) the Motion to Dismiss the Amended Complaint filed on September 14, 2012 by Defendants Mars, Inc. and Mars Chocolate North America, LLC, ECF Nos. 29-30.

The hearing on both motions is currently set for January 31, 2013, at 1:30 p.m. Subject to the Court's approval, the parties hereby stipulate to the following briefing schedule:

1. Plaintiff's brief(s) in opposition to Defendants' motions to dismiss shall be due on or before November 16, 2012.
2. Defendants' reply brief(s) in support of their motions to dismiss shall be due on or before December 21, 2012.

As explained in the attached Declaration of Stephen D. Raber, these time modifications will have no effect on the schedule for this case.

Dated:  September 19, 2012                    Respectfully submitted,


By: /s/ Ben F. Pierce Gore

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
E-mail:  pgore@prattattorneys.com

*Attorneys for Plaintiff*

By: /s/ Stephen D. Raber

Stephen D. Raber (State Bar No. 121958)
David M. Horniak (State Bar No. 268441)

STIPULATED REQUEST AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
E-mail:  sraber@wc.com
E-mail:  dhorniak@wc.com

*Attorneys for Defendants*

STIPULATED REQUEST AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR BRIEFING ON
DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK

ATTESTATION

I, Stephen D. Raber, am the ECF user whose User ID and Password are being used to file the STIPULATED REQUEST AND PROPOSED ORDER TO ENLARGE TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatories Ben F. Pierce Gore.

Dated:  September 19, 2012                By: /s/ Stephen D. Raber
                                            Stephen D. Raber (State Bar No. 121958)
                                            David M. Horniak (State Bar No. 268441)
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, DC  20005
                                            Telephone:  (202) 434-5000
                                            Fax:  (202) 434-5029
                                            E-mail:  sraber@wc.com
                                            E-mail:  dhorniak@wc.com

- 4 -

STIPULATED REQUEST AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR BRIEFING ON
DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that:

Plaintiff's brief(s) in opposition to Defendants' motions to dismiss shall be due on or before November 16, 2012.

Defendants' reply brief(s) in support of their motions to dismiss shall be due on or before December 21, 2012.

DATED:  September 20, 2012

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE