1  Ben F. Pierce Gore (Bar No. 128515)
2  PRATT & ASSOCIATES
   1871 The Alameda, Suite 425
3  San Jose, CA  95126
   Telephone:  (408) 429-6506
4  Fax:  (408) 369-0752
   E-mail:  pgore@prattattorneys.com
5
6  *Attorneys for Plaintiff*

7  Stephen D. Raber (State Bar No. 121958)
   David M. Horniak (State Bar No. 268441)
8  WILLIAMS & CONNOLLY LLP
9  725 Twelfth Street, N.W.
   Washington, DC  20005
10 Telephone:  (202) 434-5000
   Fax:  (202) 434-5029
11 E-mail:  sraber@wc.com
12 E-mail:  dhorniak@wc.com

13 *Attorneys for Defendants*

14
                     UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
16

17

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WRIGLEY SALES COMPANY, WM. WRIGLEY JR. COMPANY, MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC.<br><br>Defendants. | **Case No. C12-01861 LHK**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**CLASS ACTION** |

26      Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties respectfully request that the

27 Court approve the following modification to the briefing schedule for: (1) the Motion to

28 Dismiss the Amended Complaint filed on September 14, 2012 by Defendants Wrigley Sales

---

STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK

1  Company and Wm. Wrigley Jr. Company, ECF Nos. 27-28; and (2) the Motion to Dismiss the
2  Amended Complaint filed on September 14, 2012 by Defendants Mars, Inc. and Mars
3  Chocolate North America, LLC, ECF Nos. 29-30.
4      Plaintiff's brief(s) are presently due on November 16, 2012.  The hearing on both
5  motions is currently set for January 31, 2013, at 1:30 p.m.  Subject to the Court's approval, the
6  parties hereby stipulate as follows:
7   1. Plaintiff's brief(s) in opposition to Defendants' motions to dismiss shall be due on or
8      before November 21, 2012.
9      As explained in the attached Declaration of Pierce Gore, these time modifications will
10 have no effect on the schedule for this case.

12 Dated:  November 15, 2012                  Respectfully submitted,

14                                            By: /s/ Pierce Gore
15                                            Ben F. Pierce Gore (Bar No. 128515)
                                              PRATT & ASSOCIATES
16                                            1871 The Alameda, Suite 425
                                              San Jose, CA  95126
17                                            Telephone:  (408) 429-6506
18                                            Fax:  (408) 369-0752
                                              E-mail:  pgore@prattattorneys.com
19
20                                            *Attorneys for Plaintiff*

21                                            By: /s/ Stephen D. Raber
22                                            Stephen D. Raber (State Bar No. 121958)
                                              David M. Horniak (State Bar No. 268441)
23                                            WILLIAMS & CONNOLLY LLP
24                                            725 Twelfth Street, N.W.
                                              Washington, DC  20005
25                                            Telephone:  (202) 434-5000
                                              Fax:  (202) 434-5029
26                                            E-mail:  sraber@wc.com
27                                            E-mail:  dhorniak@wc.com

28                                            *Attorneys for Defendants*

STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK

**ECF ATTESTATION**

I, Pierce Gore, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS.** In compliance with General Order 45, X.B., I hereby attest that Stephen D. Raber has concurred in this filing.

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, it is hereby **ORDERED** that:

Plaintiff's brief(s) in opposition to Defendants' motions to dismiss shall be due on or before November 21, 2012.

DATED:  Pqxgo dgt '43.'4234'"""""""""""""""""""""'    _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS - C12-01861 LHK