Stephen D. Raber (State Bar No. 121958)
David M. Horniak (State Bar No. 268441)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
E-mail:  sraber@wc.com
E-mail:  dhorniak@wc.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WRIGLEY SALES COMPANY, WM. WRIGLEY JR. COMPANY, MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>Defendants. | **Case No. C12-01861 LHK**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE JOINT REPLY BRIEF EXCEEDING PAGE LIMIT**<br><br>**CLASS ACTION**<br><br>Hearing Date:  January 31, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Pursuant to Defendants' Motion to File Joint Reply Brief Exceeding Page Limit and the Parties' Stipulation attached thereto, and for good cause showing, the Court GRANTS Defendants' Motion.  Defendants may submit a single, joint reply brief in support of their Motions to Dismiss the Amended Complaint in this action, not to exceed 30 pages in length.

**IT IS SO ORDERED.**

DATED:  12/18/2012

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE