Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS GUSTAVSON, Individually and others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>WRIGLEY SALES, CO.; WM. WRIGLEY JR CO; MARS CHOC NA<br><br>Defendant(s). | Case No: CV 12-01861<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, J. PRICE COLEMAN, an active member in good standing of the bar of U.S. DIST. CT. N.D. MISS., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PHYLLIS GUSTAVSON in the above-entitled action. My local co-counsel in this case is BEN F. PIERCE GORE, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1100 Tyler Ave., Ste 102<br>Oxford, MS 38655 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1871 The Alamada, Ste. 425<br>San Jose, CA 95126 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>662-236-0047 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>408-429-6506 |
| MY EMAIL ADDRESS OF RECORD:<br>colemanlawfirmpa@bellsouth.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6359.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: January 8, 2013

J. PRICE COLEMAN
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of J. PRICE COLEMAN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 10, 2013

Lucy H. Koh
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 Certificate of Good Standing (ND Miss 1/07)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** JOE PRICE COLEMAN

**BAR NUMBER:** 6359

**DATE ADMITTED:** MAY 12, 1975

Given under my hand and Seal of this Court.

**DATE:** January 8, 2013         **DAVID CREWS, CLERK**

By: R. Capps
Deputy Clerk/Case Manager