UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WRIGLEY SALES COMPANY, WM. WRIGLEY JR. COMPANY, MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 12-CV-01861-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference which is scheduled for July 17, 2013, is hereby CONTINUED to July 24, 2013, at 2:00pm.

**IT IS SO ORDERED.**

Dated: July 15, 2013

_____
LUCY H. KOH
United States District Judge