UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WRIGLEY SALES COMPANY, WM. WRIGLEY JR. COMPANY, MARS, INC., and MARS CHOCOLATE NORTH AMERICA, LLC,<br><br>  Defendants. | Case No.: 12-CV-01861-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The case management conference which is scheduled for July 24, 2013, is hereby CONTINUED to October 9, 2013, at 2:00pm.

**IT IS SO ORDERED.**

Dated: July 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01861-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE