UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS GUSTAVSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WRIGLEY SALES COMPANY, and WM. WRIGLEY JR. COMPANY,<br><br>Defendants. | Case No.: 12-CV-01861-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 9, 2013, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, October 8, 2013, at 3:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d). Further, the parties are directed to include a proposed case schedule in the Statement; the proposed case schedule shall include specific dates and shall not be based off this Court's ruling on a future Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: October 7, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01861-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT